

# 353RD DISTRICT COURT

**TIM SULAK**
Judge
(512) 854-9380

**MEGAN** JOHNSON
Staff Attorney
(512) 854-4281

**PAMELA SEGER**
Court Operations Officer
(512) 854-9179

HEMAN MARION SWEATT TRAVIS COUNTY COURTHOUSE
P. O. BOX 1748
AUSTIN, TEXAS 78767
FAX (512) 854-9332

**RHONDA WATSON**
Official Court Reporter
(512) 854-9356

**ELIZABETH GARCIA**
Court Clerk
(512) 854-5852

November 15, 2016

Christopher Knowles, Deputy Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2457

Re:    Court of Appeals Number:    03-16-00756-CV
        Trial Court Cause Number:    D-1-GN-15-003577

Style:   Manor Independent School District
      v. Kenya Boson

Dear Mr. Knowles:

There was not a reporter's record taken of the hearing that resulted in the order being signed on November 7, 2016 by Judge Sulak from which this appeal is pending.

Thank you for your kind attention.

Sincerely,


/s/ Rhonda Watson


Rhonda Watson
Official Court Reporter